ments. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

WILLIAM NEWMAN, Appellant, v. HUGUENOT LAUNDRY COMPANY, Respondent.— Orders of the City Court of the city of New Rochelle affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

EDWARD H. SCALLY, Respondent, v. JAMES T. ACKERMAN, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

WILLIAM BEDELL, Appellant, v. NEW YORK SAND AND FACING COMPANY, Respondent.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

WILLIAM BEDELL, Appellant, v. NEW YORK SAND AND FACING COMPANY, Respondent.— Motion to open default granted, without costs, on condition that the case be restored to the November calendar to be argued when reached. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

DAVID B. FLEMING, as Administrator, etc., of WILLIAM R. FLEMING, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of HENRY MANSFIELD for a Writ of Certiorari, etc., against EBEN ADAMS, Deputy State Commissioner of Excise, etc.— Motion to dismiss appeal granted, without costs. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

ARTHUR J. MCCULLOUGH and WALTER J. MCCULLOUGH, Respondents, v. JOHN J. MCCULLOUGH, Respondent. MINNIE ALMA MCCULLOUGH, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Thomas, Mills, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN LEMPP, Respondent, v. JOHN R. VOORHIS and Others, Defendants, and WILLIAM N. GEORGE, Appellant.— Order affirmed, without costs. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY M. BENNETT, Relator, v. WILLIAM H. MOYER, Agent and Warden of Sing Sing Prison, Respondent.— Writ dismissed, and relator remanded, without costs. Present — Thomas, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MCDONALD, Alias CHARLES GONDOLF, Respondent, Appellant, v. JAMES M. CARTER, Superintendent of State Prisons, and Another, Appellants, Respondents.— Motion denied, and hearing of appeal set down for Monday, November 4, 1918. Present — Thomas, Rich, Putnam and Kelly, JJ.

EDWARD L. CAREY, Appellant, v. ADELAIDE H. CAREY, Respondent, and HENRY C. HICKS.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.